UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH D. McELROY, ) | CASE NO. C04-1786-MAT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER REMANDING CASE TO THE |
| ) | COMMISSIONER FOR AN AWARD |
| JO ANNE B. BARNHART, Commissioner ) | OF BENEFITS |
| of the Social Security Administration for Health ) | |
| and Human Services, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Consistent with the Amended Judgment issued by the Ninth Circuit Court of Appeals and filed with this Court on August 10, 2007 (Dkt. 31), this case is REMANDED to the Commissioner of the Social Security Administration for an award of benefits to plaintiff.

DATED this 6th day of September, 2007.

Mary Alice Theiler
United States Magistrate Judge

ORDER REMANDING CASE TO THE
COMMISSIONER FOR AN AWARD OF BENEFITS
PAGE -1